**FILED**

**June 1, 2026**

| | KAREN MITCHELL CLERK, U.S. DISTRICT COURT | Case Number (Trans. Court) 7:14CR00093-001 |
|---|---|---|
| **Transfer of Jurisdiction** | | Case Number (Rec. Court) **2:26-cr-55** |

| Name Of Probationer/Supervised Releasee **ERIC WARNER CAWTHON** | District Western District Of Texas | Division Midland/Odessa |
|---|---|---|
| | Name of Sentencing Judge The Honorable Robert Junell, U.S. District Judge | |
| | Dates Of Probation/ Supervised Release | From January 18, 2022 | To January 17, 2032 |

Attempted Coercion & Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b)

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Western District of Texas, Midland/Odessa Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **Northern District of Texas, Amarillo Division**, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

05/28/2026
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Amarillo Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jun 1, 2026
Effective Date

United States District Judge