IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ERIC WARNER CAWTHON

No. 2:26-CR-055-Z (01)
ECF

MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Eric Warner Cawthon, in support of which the United States shows as follows:

On September 23, 2014, Eric Warner Cawthon, defendant, was sentenced by United States District Judge Robert A. Junell, to a term of incarceration of 120 months, to be followed by a term of supervised release of 10 years, with conditions, upon his conviction of Attempted Coercion & Enticement of a Minor to Engage in Sexual Activity in violation of 18 U.S.C. § 2422(b).   Cawthon began serving his current term of supervised release on January 18, 2022. On or about June 1, 2026, the case was reassigned to U.S. District Judge Matthew. J. Kacsmaryk.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Standard Condition No. 14:** If convicted of a sex offense as described in the Sex Offender Registration and Notification Act or has a prior conviction of a State or local offense that would have been an offense as described in the Sex

**Eric Warner Cawthon**
**Government's Motion to Revoke Supervised Release - Page 1**

Offender Registration and Notification Act if a circumstance giving rise to federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release.

**Violation of Standard Condition No. 1:** The defendant shall not leave the judicial district without permission of the court or probation officer.

## II.

Defendant **Cawthon** violated these conditions in that:

1. On November 4 and 26, 2025, Cawthon violated his supervised release by failing to attend his Sex Offender Treatment Program (SOTP) individual counseling.

2. On or about November 25, 2025, January 13, 2026, February 17, 2026, and June 23, 2026, Cawthon violated his supervised release by failing to attend his SOTP group counseling.

3. On or about March 10, 2026, Cawthon traveled to Albuquerque, New Mexico, without permission from the court or probation officer.

## III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request

**Eric Warner Cawthon**
**Government's Motion to Revoke Supervised Release - Page 2**

that the defendant be detained pending his final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov